

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-13-00750-CV

Trial Court Cause
Number:      2009-64336

Style:      In re Maersk Line, Limited

Date motion filed[*]:      September 17, 2013

Type of motion:      Motion for admission Pro Hac Vice on behalf of James E. Wright, III

Party filing motion:      Relator

Document to be filed:

Is appeal accelerated? ☒ YES     ☐ NO

Ordered that motion is:

☒ Granted

     If document is to be filed, document due:

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
       ☒ Acting individually     ☐ Acting for the Court

Panel consists of

Date: September 26, 2013